| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thompson, Gordon | United States District Court | 5/7/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Judge | ⊛ Nomination, Date  ⊛ Initial  ⊛ Annual  ⊛ Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court 940 Front Street San Diego, Ca 92101 | Reviewing Officer_____  Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Executor--Estate of ▓▓▓▓▓ No Compensation) | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2005 MAY 16 P 1: 30 RECEIVED FINANCIAL DISCLOSURE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Gordon | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Citibank | A | Interest | L | T | | | | | |
| 2. Citibank | A | Interest | J | T | | | | | |
| 3. Amer Intl Group Inc Com Stock | A | Dividend | J | T | | | | | |
| 4. BP PLC Spons ADR fomerly Amoco Com. Stk. | A | Dividend | J | T | | | | | |
| 5. Bristol Myers Squibb Co | A | Dividend | J | T | | | | | |
| 6. Colgate Palmolive Co    Com. Stock | A | Dividend | J | T | | | | | |
| 7. General Electric Co | | None | J | T | | | | | |
| 8. Johnson & Johnson  Com. Stock | A | Dividend | J | T | | | | | |
| 9. Qualcomm Inc Com Stock | A | Dividend | J | T | | | | | |
| 10. Smith Barney IRA - formerly Washington Mutual IRA | A | Interest | J | T | | | | | |
| 11. Smith Barney IRA -formerlyWashington Mutual IRA | A | Interest | J | T | | | | | |
| 12. HWI Industries, Inc. | | None | J | T | | | | | |
| 13. Franklin Fund Tax Free | B | Dividend | K | T | | | | | |
| 14. General Dynamics Corp Bond | A | Interest | K | T | Buy | 9/27 | K | | |
| 15. Federal Home Loan Bank Bond | A | Interest | | | Redeem | 3/1 | J | A | |
| 16. Federal Natl Mtg Assn Global Bond | B | Interest | L | T | | | | | |
| 17. Anchorbank CD | A | Interest | J | T | | | | | |
| 18. Midwest Bank & Trust CD | A | Interest | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Gordon | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Millennium Bank CD | A | Interest | J | T | | | | | |
| 20. Treasury Bank -VA CD | A | Interest | K | T | Buy | 9/27 | J | | |
| 21. United Community Bank CD | A | Interest | | | Redeem | 10/01 | J | A | |
| 22. Smith Barney Money Market FNA Washington Mutual Fund | B | Dividend | L | T | Partial Sale | | J | B | Monthly |
| 23. Brokerage Account #1 | A | Dividend | K | T | | | | | |
| 24. -Loreal Ord-Eur | A | Dividend | J | T | | | | | |
| 25. -AT&T | A | Dividend | | | Sell | 7/22 | J | | |
| 26. -Cisco Sys Inc | - | None | | | Sell | 7/22 | J | | |
| 27. -Citigroup | A | Dividend | J | T | | | | | |
| 28. -Clorox | A | Dividend | J | T | | | | | |
| 29. -Corning | A | Dividend | | | Sell | 7/22 | J | | |
| 30. -Costco Wholesale Corp | | None | J | T | | | | | |
| 31. -Elan Corp ADR | | None | J | T | | | | | |
| 32. -General Electric Co | | None | | | Sell | 7/22 | J | | |
| 33. -Gentronics | | None | | | Sell | 7/22 | J | | |
| 34. -Harley-Davidson Inc | A | Dividend | J | T | | | | | |
| 35. -Home Depot | A | Dividend | | | Sell | 7/22 | J | | |
| 36. | A | Dividend | J | T | Buy | 9/16 | J | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | | |
| | U = Book Value | V = Other | W = Estimated | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Gordon | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.  -Intel | | None | | | Sell | 7/22 | J | | |
| 38.  -JDS Uniphase Corp | | None | | | Sell | 1/22 | J | | |
| 39.  -Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 40.  -Medco Hlth Solutions | | None | | | Sell | 2/18 | J | A | |
| 41.  -Merck & Co | A | Dividend | J | T | | | | | |
| 42.  -Microsoft | | None | J | T | | | | | |
| 43.  -Motorola Inc DE | A | Dividend | | | Sell | 7/22 | J | | |
| 44.  -Oracle | | None | J | T | Partial Sell | 7/22 | J | A | |
| 45.  -Pfizer Inc | A | Dividend | A | T | Buy | 7/22 | J | | |
| 46. | | | | | Sell | 7/22 | J | | |
| 47.  -Prudential Financial Inc | A | Dividend | | | Sell | 10/20 | J | A | |
| 48.  -Qualcomm Inc | | None | J | T | | | | | |
| 49.  -Saks Inc | | None | | | Sell | 1/22 | J | | |
| 50.  -Sysco | A | Dividend | J | T | | | | | |
| 51.  -Toyota Motor Corp | A | Dividend | J | T | Buy | 5/20 | J | | |
| 52.  -Unilever | | None | J | T | Buy | 10/20 | J | | |
| 53.  -Waste Mgmt Inc DEL | A | Dividend | J | T | | | | | |
| 54.  San Diego County Credit Union | A | Interest | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Gordon | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55.  Smith Barney / Citibank | B | Interest | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Thompson, Gordon | 5/7/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Federal Home Loan Bank Bond, Anchorbank CD, Midwest Bank & Trust CD, Millennium Bank CD and United Community Bank CD were all purchased Sept 25, 2003 and each were valued at J. Federal Natl Mtg Assn Global Bond was purchased on 6/3/02 and was valued at K. It was discovered while filling out the 2004 disclosure form that these items were inadvertently left off in the past. Leap Wireless Intl Inc was deemed to be of no value and was taken off the books 10/19/04 by broker.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Gordon | 5/7/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa[ture]                    Date May 10, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

<div style="border:1px solid">

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

</div>